1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY DANIEL PROFFITT,

11              Petitioner,                No. CIV S-07-2603 MCE EFB P

12        vs.

13   RICH SUBIA, Warden, et al.,

14              Respondents.          FINDINGS AND RECOMMENDATIONS

15   _____/

16       Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus.

17   *See* 28 U.S.C. § 2254.  Petitioner is challenging his conviction and sentence arising from a guilty

18   plea to two counts of Cal. Penal Code § 288.5 (continuous sexual abuse of a child).  Petitioner

19   previously sought relief from that conviction and sentence in a petition that was dismissed, with

20   prejudice, as barred by the statute of limitations.[1]

21       This petition is either duplicative of the previously dismissed action, or it is second or

22   successive.  In either case, it must be dismissed.  Before a federal district court may entertain a

23   claim in a second or successive petition, the petitioner must obtain permission from the appellate

24

25       [1] Case No. CIV-S-06-2143 GEB GGH.  A court may take judicial notice of court
     records.  *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v.*
26   *Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

court.  28 U.S.C. § 2244(b)(3)(A).   A petition is second or successive if it includes a claim that was or could have been adjudicated on the merits in an original petition.  *Cooper v. Calderon*, 274 F.3d 1270, 1273 (9th Cir. 2001).

Petitioner has not shown that he has obtained an order from the appellate court authorizing this court to entertain claims related to the conviction in light of the earlier disposition.

It therefore is RECOMMENDED that petitioner's December 4, 2007, petition be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:  December 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE